# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DR. DEBRA L. WALKER, *et al.***                                                          **PLAINTIFFS**

**V.**                            **CIVIL ACTION NO. 2:16-CV-42-KS-MTP**

**TARGET CORPORATION**                                                     **DEFENDANT**

## ORDER

On April 20, 2017, Defendant filed the following motions: Motion to Strike [77] Plaintiff's Supplemental Interrogatory Responses; Motion for Summary Judgment [78] as to Liability; Motion to Exclude [81] Certain Testimony by Plaintiff's Experts Lacy Sapp and George Carter; Motion to Exclude [83] Plaintiff's Expert Chris Herring; Motion for Partial Summary Judgment [85] as to Certain Damages and Medical Causation; and Motion to Exclude [90] Certain Testimony by Plaintiff's Expert Stephen Lambert. Plaintiff shall respond to the motions on or before **May 4, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so within seven days of the filing of Plaintiff's responses, but no later than **May 11, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per each motion, and Plaintiff's responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they

must seek leave to do so.

      SO ORDERED AND ADJUDGED, on this, the  21st  day of April, 2016.

                                             s/Keith Starrett
                                 UNITED STATES DISTRICT JUDGE