# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

DR. DEBRA L. WALKER and PRENTISS                                 PLAINTIFFS
WALKER, her husband,

VS.                                                             CAUSE NO.: 2:16cv42-KS-MTP

TARGET CORPORATION, d/b/a
TARGET                                                     DEFENDANT

## ORDER GRANTING MOTION FOR PERMISSION
## TO FILE SPECIFIED EXHIBIT UNDER SEAL

Before the Court is the Motion of Defendant, Target Corporation, d/b/a Target, for an Order sealing/restricting access to "Exhibit C" to Defendant's Motion to Strike and/or Exclude Certain Opinions of Plaintiffs' Proposed Expert Witness, Stephen Lambert, M.D. [Doc. 93]. The Court, having considered the Motion, being fully advised of the premises therein, and hearing no objection from Plaintiffs, finds that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED, that the confidentiality of "Exhibit C" to Defendant's Motion to Strike and/or Exclude Certain Opinions of Plaintiffs' Proposed Expert Witness, Stephen Lambert, M.D., requires that "Exhibit C" be kept under seal.

SO ORDERED, this the  24th  day of April, 2017.

                                                             s/Keith Starrett
                                                             UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ John S. Graham
Monte L. Barton Jr. (MSB #2095)
John S. Graham (MSB #100364)
JERNIGAN COPELAND & ANDERSON, PLLC
587 Highland Colony Parkway
Post Office Box 2598
Ridgeland, Mississippi 39158-2598
Telephone:  (601) 427-0048
Facsimile:  (601) 427-0051
Email: mlbarton@jcalawfirm.com
       jgraham@jcalawfirm.com