# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DR. DEBRA L. WALKER,** *et al.*                                              **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 2:16-CV-42-KS-MTP**

**TARGET CORPORATION**                                                          **DEFENDANT**

### ORDER

On May 17, 2017, Plaintiff filed a Motion to Strike [102] Defendant's Answer and Motion for Summary Judgment for alleged discovery violations. Defendant shall respond on or before **May 31, 2017**. Plaintiff may file a reply on or before **June 7, 2017.** In light of the number of motions currently pending, which must be resolved in advance of the pretrial conference scheduled for July 20, 2017, the Court will not consider any extension of these deadlines.

SO ORDERED AND ADJUDGED, on this, the __18th__ day of May, 2017.


                                                                              s/ Keith Starrett
                                          UNITED STATES DISTRICT JUDGE