

**Stokes & Associates, Inc.**
Vocational Rehabilitation | Life Care Planning

Larry S. Stokes, PhD., LRC, LPC, CRC, CLCP, CCM, BCPC          Lacy H. Sapp, MHS, LRC, LPC, LMFT, CRC, NCC, CLCP
Aaron M. Wolfson, PhD., LRC, CRC, CLCP                        Todd S. Capielano, M.Ed., LRC, CRC, LPC, CCM, CLCP

November 3, 2016


Timothy Farris, Esq.
Law Office of Timothy M. Farris, PLLC
6645 U.S. Hwy. 98
Suite 3
Hattiesburg, MS  39402

***VIA U.S. MAIL AND E-MAIL:*** tim@timfarrislaw.com

                              RE:      Debra Walker
              My File Number:       LSSA16340

Dear Mr. Farris:

On 10/20/16, I met with Dr. Debra Walker for the purpose of conducting a medical cost analysis. Dr. Walker's husband, Mr. Prentice Walker, accompanied her during the interview.  The report is based on a clinical interview with Dr. Walker, a review of available records provided by your office, consultation with Jennifer Stewart, PT, Ms. Devonne Conner, LCSW, and Stephen Lambert, MD, as well as the results of research.  The report is organized in the following sections:  **Introduction, Clinical Interview, Analysis of Records Reviewed, and Medical Cost Analysis**.  Prior to the interview, Dr. Walker was asked to review a Privacy Notice regarding disclosure of medical information, as well as a Professional Disclosure and Declaration of Practices and Procedures.  She was informed that she was being seen for an assessment only, that there was no client/counselor relationship, and that a report would be generated.  The following records were received and reviewed:

***RECORDS RECEIVED AND REVIEWED:***

1.  Tax returns;

2.  Records from Turbo Tax;

3.  Medical records from Southern Neurologic and Spinal Institute;

4.  Job posting from the Veterans Health Administration;

5.  Curriculum Vitae from Dr. Debra Walker;

6.  Record from Advanced Pain Therapy;

Timothy Farris, Esq.
RE:  Debra Walker
Page 2 of 13

7.  Records from Social Security Administration;

8.  Deposition of Arnold Lynch, taken 08/30/16;

9.  Medical records from Family Practice/After Hours Clinic;

10. Health history from Dr. Debra Walker;

11. Plaintiff's First Interrogatories and Request for Production of Documents;

12. Plaintiff's Second Interrogatories and Request for Production of Documents;

13. Plaintiff's Initial Disclosure;

14. Medical records from Hattiesburg Clinic;

15. Target Incident Report;

16. Deposition of Michael Rushing, taken 08/11/16;

17. Journal by Dr. Debra Walker;

18. Answers and Defenses;

19. Records from Drayer Physical Therapy;

20. Medical records from Forrest General Hospital;

21. Medical records from Pain Treatment Center;

22. Medical records from Premier Orthopaedics & Sports Medicine (Dr. Burns);

23. Medical records from Southern Bone and Joint Specialists;

24. Medical records from Wesley Medical Center;

25. Consultation with Jennifer Stewart, PT dated 10/27/16;

26. Consultation with Devonne Conner, LCSW dated 11/02/16;

27. Correspondence from Stephen Lambert, MD dated 11/03/16.

Timothy Farris, Esq.
RE: Debra Walker
Page 3 of 13

**INTRODUCTION**:

**Reason for Referral**:
Dr. Debra Walker is a 60-year-old woman (date of birth 10/03/56), who reported being involved in a slip-and-fall incident on 07/24/14, resulting in multiple orthopedic injuries including injuries to her back, pelvis/hip, left arm and right knee. Since that time, Dr. Walker has participated in medical treatment and rehabilitation. I was asked to conduct a medical cost analysis in order to determine costs associated with Dr. Walker's future medical care related to her injuries sustained on 07/24/14.

**CLINICAL INTERVIEW:**

**History of Presenting Problems (per Dr. Walker):**
Dr. Walker reported that she sustained injuries to her right knee, hip/pelvis, lumbar spine, buttocks, left arm and right knee in the 07/24/14 incident. Dr. Walker noted that she initially saw Dr. Lambert, who sent her for x-rays. She noted that Dr. Lambert informed her that if she did not improve within a few days, she would need an MRI.

Dr. Walker reported that she also treated with Dr. Jeffrey Burns. After diagnostic imaging, it was determined that she was not a candidate for lumbar surgery; therefore, she was referred to Dr. David Lee for pain management. On 03/12/15, she underwent a dorsal column stimulator implantation, performed by Dr. Lee. Dr. Walker is currently under the care of Dr. Sitzman for management of the dorsal column stimulator, as Dr. Lee changed practices. Dr. Walker reported that approximately six months ago, she received a sacroiliac joint injection, performed by Dr. Sitzman.

Dr. Walker reported that she has also undergone a manipulation of her left shoulder, under anesthesia, performed by Dr. Thomas Baylis, as well as a rotator cuff repair in January of 2016. Dr. Walker indicated that she also experiences bladder leakage. She has seen Dr. Harris and Dr. Speights regarding the matter. After being advised by Dr. Harris that she needed surgery, she has undergone two procedures. Dr. Walker noted Botox injections for her bladder have been recommended.

Dr. Walker has also participated in physical therapy. She continues physical therapy three times per week under the direction of Jennifer Stewart, PT of Drayer Physical Therapy.

Dr. Walker has obtained relief from her DCS and therefore, she believes that she will need dorsal column stimulator replacements. She also believes that she will eventually require a right knee surgery. Dr. Walker has been participating in psychotherapy regarding her chronic pain, depression, and anxiety. Her counselor is Ms. Devonne, Conner, LCSW.

Dr. Walker is currently treating with Dr. Lambert, Dr. Sitzman, Dr. Burns, Dr. Harris and Dr. Speights, Ms. Jennifer Stewart, and Ms. Devonne Conner. Dr. Walker is currently prescribed

Timothy Farris, Esq.
RE:  Debra Walker
Page 4 of 13

Lisinopril, Zocor, Norco, Gabapentin, Flexeril, and Cymbalta.  She is also prescribed HRT (hormone replacement therapy) for an unrelated matter.

**Reported Physical Limitations:**
Dr. Walker reported that she experiences constant low back pain that radiates down her legs, as well as right knee pain.  Factors that increase her pain include prolonged sitting, standing, and walking.  Factors that decrease her pain include taking medication, resting, and the use of her DCS.  Dr. Walker reported engaging in mild exercise and attending physical therapy three times per week.

Dr. Walker reported that she experiences physical limitations, including sitting, standing, walking, bending, lifting, climbing, balancing, stooping, kneeling, crouching, crawling, and twisting at the waist.  Dr. Walker reported that after approximately 30 minutes of sitting, standing, or walking, she must alternate positions.  Dr. Walker indicated that her stamina has decreased since the time of the injury.  She also noted that she requires assistance with her activities of daily living including bathing, grooming, cleaning, performing gardening/outdoor work, and the general upkeep of her home. She requires the ability to lie down for a significant portion of the day.

**Pertinent History:**
Dr. Walker currently resides in Hattiesburg, Mississippi.  She holds a valid regular Mississippi driver's license.  She indicated that she experiences difficulty driving, particularly when driving long distances and for long periods of time.   She is approximately 5'6" tall, weighs approximately 185 lbs., and is right-hand dominant.  She has lost approximately 20 lbs. since the time of her injuries.

**Education and Training:**
Dr. Walker reported that she graduated from Jonesboro High School in 1974. She then received a Technical degree as an LPN in 1976.  She completed her nursing degree (BSN) from the University of Southern Mississippi in 1986.  In 1995, she received her Master's degree in nursing from the University of Southern Mississippi, and she earned a Nursing Doctorate from LSU Health Sciences Center, New Orleans, in 2007.

**Work History:**
While in school, Dr. Walker was employed as a *sales clerk* at Dillard's for approximately one to two years, part-time, earning minimum wage.  She was next employed with St. Bernard Medical Center in Jonesboro as an *EKG tech* for approximately nine months, full-time, earning minimum wage.  She then returned to Dillard's for approximately three months, following her clinical rounds.  After school, Dr. Walker was first employed with St. Bernard Medical Center, in the Neurology Department, as an *LPN*, for approximately five years, full-time.  She was next employed at Baker Health Care as an *LPN*, for approximately one year, full-time.  She then moved to Hattiesburg and worked as an *LPN*, or a *staff nurse*, for approximately ten years, full-time.  There was a break in her employment for a few years due to having children.  She then returned to work for St. Tammany Hospital, as a *registered nurse*, for approximately six years, full-time. For a period of approximately 15 years, Dr. Walker taught nursing at various

Timothy Farris, Esq.
RE:  Debra Walker
Page 5 of 13

Colleges/Universities, including Delgado Community College, LSU Health Sciences Center, Southeastern Louisiana University, University of Southern Mississippi, and Samford University. She was then employed with the VA in Birmingham for approximately 2 years as an *associate nurse executive*, and then she returned Hattiesburg. She taught nursing at William Carey University, and then moved to Biloxi, Mississippi.

At the time of the injury, Dr. Walker was employed as the *Assistant Chief of Education and Training* for the VA in Biloxi, Mississippi, where she was responsible for faculty education.  She worked approximately 40 to 50 hours per week.  She was employed in this capacity for approximately one year, until the time of injury, and her ending salary was $83,000.00 per year. She noted that she had the opportunity to earn $106,000.00 per year at the Jackson, MS location, as she was interviewing for an associate nurse position.

Dr. Walker reported that in June and July of 2014, she took off work under the Family Medical Leave Act due to her mother having health issues.  Dr. Walker indicated that she intended to return to work following her family medical leave, but was unable to do so due to her injuries. Her position was eventually terminated in December of 2014, as she was not able to return to work post injury.  She has not returned to work in any capacity since her injury and is experiencing a complete loss of expected earnings and earning capacity as a result.

## ANALYSIS OF RECORDS REVIEWED:

**Date of Injury:**  07/24/14

**Type/Location of Injury:** Slip-and-fall/knee and back

**Medical Opinions Reviewed:**

**Family Practice/After Hours Clinic:**
On 07/24/14, Dr. Walker saw Dr. Steven Lambert, who noted diagnoses including a strained tendon of the medial thigh muscle and contusion of knee.  He performed a hip x-ray and a knee x-ray.

On 08/07/14, Dr. Lambert reported that Dr. Walker had acute low back pain.  A lumbar MRI and x-ray were ordered.

**Wesley Medical Center:**
Dr. Walker presented to the emergency room on 07/29/14 with complaints of right hip and knee pain. A CT scan of her pelvis was obtained, and degenerative changes in her lower spine and the SI joints were detected, as well as in both hips.

**Premier Orthopaedics & Sports Medicine:**
On 08/04/14, Dr. Walker presented with complaints of right hip and knee pain. Dr. Jeffrey Burns performed x-rays on her pelvis, right hip, and right knee. No abnormalities were present. Dr.

Timothy Farris, Esq.
RE: Debra Walker
Page 6 of 13

Burns ordered MRIs of the lumbar spine and the right knee. Results of the knee MRI were unremarkable, and results of the lumbar MRI showed hypertrophy at L1-L3 and disc bulges in the spine.

**Southern Neurologic & Spinal Institute:**
On 08/26/14, Dr. Lee recommended a lumbar epidural steroid injection at L4-5, and Dr. Walker underwent the injection on 09/08/14.

On 09/25/14, an EMG/Nerve Conduction Study was performed by Dr. Hallie Bell, evaluating the possibility of lumbosacral radiculopathy. Findings suggested S1 radiculopathy associated with mild axonal loss.

On 10/08/14, Dr. Lee recommended a sacroiliac joint injection and a lumbar epidural steroid injection. The joint injection was performed on 10/14/14.

On 11/26/14, Dr. Lee recommended that Dr. Walker undergo lumbar facet joint injections at L3-5. These were performed on 12/18/14.

On 01/13/15, Dr. Lee ordered discograms at L2 to S1 and a lumbar CT scan. Results showed disc bulges at L3-S1.

On 02/23/15, Dr. Walker underwent a thoracic MRI, which showed mild curvature in her lower thoracic spine to the right.

On 02/27/15, Dr. Walker underwent a dorsal column stimulator (DCS) trial.

On 03/12/15, Dr. Lee performed a dorsal column stimulator placement, and Dr. Walker was informed that post-operatively, she would not be capable of performing housework and yard work, and would not be capable of participating in recreational or strenuous activities. She was also advised that post-operatively she would be unable to bend, twist, or lift over 5 lbs. to 10 lbs.

On 03/26/15, Dr. Walker presented two-weeks post-op DCS, and was restricted to no bending, climbing, stooping, or lifting more than 8 lbs. to 15 lbs.  She was also advised to avoid hyperextension or flexion at the waist.

**Hattiesburg Clinic:**
On 08/25/14, Dr. Walker received a lumbar MRI and was it was determined that she was not a candidate for surgery or an epidural steroid injection.

**Southern Bone and Joint Specialists:**
On 02/26/15, Dr. Walker was seen by Dr. James Antinnes for the purpose of a second opinion regarding a dorsal column stimulator. He believed that she was not a surgical candidate, but agreed that a spinal cord stimulator could be a means of relief.

Timothy Farris, Esq.
RE:  Debra Walker
Page 7 of 13

**Consultation with Jennifer Stewart, PT, dated 10/27/16:**
On 10/27/16, consultation was held with Ms. Stewart in order to obtain her opinions related to Dr. Walker future treatment needs as a result of her injuries sustained on 07/24/14.  Ms. Stewart stated that Dr. Walker's diagnoses include low blood pressure; multiple ruptured lumbar discs; degenerative disc disease in the lumbar spine; degenerative joint disease in the lumbar spine; right knee contusion; and s/p manipulation of the left shoulder due to adhesive capsulitis. She believes that Dr. Walker's prognosis is fair and noted that Dr. Walker appeared to be nearing MMI. She also noted that Dr. Walker would continue to have pain and would have difficulty performing any sustained activity, and that she is not capable of maintaining gainful employment in any capacity due to her injuries. A future decline in functional mobility and additional degenerative changes are considered likely.  Ms. Stewart's recommendation for future treatment are included in the cost analysis section of this report.

**Consultation with Devonne Conner, LCSW, dated 11/02/16:**
On 11/02/16, consultation was held with Ms. Conner in order to obtain her opinions related to Dr. Walker future treatment needs as a result of her injuries sustained on 07/24/14.  Dr. Walker has been treating with Ms. Conner for anxiety and depression related to disability and chronic pain. Ms. Conner indicated that Dr. Walker is experiencing increased anxiety and grief related to the uncertainty of her future. For example, her inability to work has caused increased symptoms of anxiety. She recommended 12 to 36 therapy sessions for over the course of one year, although, the need for additional treatment beyond this amount is undetermined at this time. Depending on her symptoms and interest, Ms. Connor indicated the Dr. Walker may pursue a chronic pain treatment program. Ms. Conner recommended that Dr. Walker continue her treatment regimen with her other treatment providers, and continue to psychotherapy as recommended.  Ms. Conner's recommendation for future care are included in the cost analysis section of this report.

**Correspondence from Stephen Lambert, MD, dated 11/03/16:**
In correspondence from Dr. Lambert on 11/03/16, he diagnosed Dr. Walker with a lumbar disc disorder with myelopathy and chronic low back pain. He considered her prognoses for both conditions poor. Dr. Lambert indicated that Dr. Walker's physical limitations as a result of the incident on 07/24/14 include loss of strength in her lower extremities and chronic ambulation restrictions, including climbing, bending, running, brisk walking, stooping, and sitting for a moderate amount of time. He considered Dr. Walker's limitations permanent.

## VOCATIONAL TEST RESULTS:

Vocational testing was administered with the following results:

### Career Decision-Making System – Rvsd (CDM-R):
The CDM-R is an occupational interest inventory. Dr. Walker scored highest on the Social Scale and the Business Scale. A high score on the Social Scale suggests that Dr. Walker wants to help others; gets along well with others; and likes to provide services for others. A high score on the Business Scale suggest that Dr. Walker wants a job where she can lead others; likes to convince others to think the way they do; and likes to sell products to others.

Timothy Farris, Esq.
RE:  Debra Walker
Page 8 of 13

## MEDICAL COST ANALYSIS:

Life care planning involves consideration of recommendations from physicians and allied health professionals to determine an individual's current and future medical needs related to an event or occurrence.  The medical recommendations considered in a Life Care Plan or medical costs analysis are those recommendations that are deemed a medical necessity with greater than 50% chance of being required.   In order to accurately fund future care, the frequency and duration of recommended treatment needs to be determined.

The following are cost estimates associated with Dr. Walker's medical care needs and are specific to her treatment as it relates to the incident occurring on 07/24/14.   The recommendations are based on a review of medical records, consultation with Dr. Lambert, Ms. Stewart and Ms. Conner, information gathered during our interview and research regarding the standards of care for this type of injury. Consultation is pending with Dr. Lee, Dr. Sitzman, Dr. Burns, and Dr. Harris/Speights.  I will amend my report as necessary upon completion of any additional consultation.   This is a dynamic document and amendments can be made as necessary based on Dr. Walker's changing need or additional information.

### *FUTURE MEDICAL CARE, ROUTINE:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Pain Management Specialist | Routine care | Life expectancy | 5/year | Initial visit: $244.00 - $400.00*<br><br>Follow-up visits: $128.00 - $400.00 | $640.00 - $2,000.00 | Per Dr. Lambert. |
| Primary Care Physician | Routine care | Life expectancy | 4/year | Initial visit: $72.00 - $180.00*<br><br>Follow-up visits: $60.00 - $80.00 | $240.00 - $320.00 | Per Dr. Lambert. |
| Orthopedic Surgeon | Routine care | Undetermined | Undetermined | Initial visit: $200.00 - $300.00*<br><br>Follow-up visits: $94.00 - $200.00 | N/A | Dr. Walker reported that she sees Dr. Burns as needed for her right knee injury. Costs are included for informational purposes at this time. Consultation with Dr. Burns is pending. |

Timothy Farris, Esq.
RE:  Debra Walker
Page 9 of 13

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Urologist | Routine care | Undetermined | Undetermined | Initial visit: $90.00 - $228.00*  Follow-up visits: $90.00 - $159.00 | N/A | Dr. Walker reported that she sees Dr. Speights and Dr. Harris as needed. Therefore, follow-up costs are included for informational purposes. Consultation with Dr. Speights/Harris is pending at this time. |

*One-time only or short-term cost

## *PROJECTED EVALUATIONS:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Physical Therapy | Evaluate PT needs | Life expectancy | 1-2/year | $100.00 - $210.00 | $100.00 - $420.00 | Per Ms. Stewart. |

*One-time only or short-term cost

## *PROJECTED THERAPUTIC MODALITIES:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Physical Therapy | To maintain physical functioning | Life expectancy | 3/week for 4 to 12 weeks/ year | $74.00 - $110.00 | $888.00 - $3,960.00 | Ms. Stewart recommended physical therapy 3 times per week for 4 to 12 weeks.  Dr. Lambert also believes that Dr. Walker would benefit from physical therapy. |
| Wellness Center | To maintain physical functioning | Life expectancy | Monthly | Initial fee: $40.00 - $60.00*  Monthly fee: $35.00 - $42.00 | $420.00 - $504.00 | Per Ms. Stewart and Dr. Lambert. |
| Counseling/Psychotherapy | To improve coping skills | Life expectancy | 12 – 36 sessions | $3,000.00 - $9,000.00*  (based on $250.00 per session) | N/A | Ms. Conner recommends 12 to 36 sessions per year. Additional sessions may be necessary, but are undetermined at this time. |

Timothy Farris, Esq.
RE:  Debra Walker
Page 10 of 13

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Intensive Pain Rehabilitation Program | To improve pain coping skills | Undetermined | Undetermined | $20,000.00 (20-day program) | N/A | Ms. Conner indicated that an intensive chronic pain program may be beneficial based on Dr. Walker's chronic pain symptoms. She ultimately defers to Dr. Walker's treating physicians regarding the need for this type of program in the future.<br><br>Costs are included for informational purposes should this be determined necessary. |

*One-time only or short-term cost

### *SURGERIES/PROCEDURES*:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Dorsal Spinal Cord Stimulator Replacement | Pain management | Life expectancy | Every 5 to 12 years | $145,559.00 - $147,555.00 | $12,129.92 - $29,511.00 | Dr. Walker reports significant relief form DCS.  The replacement frequency for DCS typically ranges from every 5 to 12 years.  This replacement frequency is used for the purpose of this report, until further defined by Dr. Sitzman or Dr. Lee. |
| Right Knee Repair | Pain management | Undetermined | Undetermined | $15,839.03 | N/A | Dr. Walker reported that Dr. Burns indicated the need for a right knee repair surgery in the future. In records received, there was no specific documentation outlining the need for future right knee surgery.<br><br>Consultation is pending with Dr. Burns. There may be additional costs related to future knee surgery, once the specific surgery needs are defined. Therefore, costs are included for informational purposes at this time. |

Timothy Farris, Esq.
RE:  Debra Walker
Page 11 of 13

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Sacral Joint Injections | Pain management | Undetermined | Undetermined | $909.67 - $1,600.00/each | N/A | Dr. Walker indicated that she has requires sacral joint injections.  The frequency and duration of these injections are unknown.<br><br>Consultation is pending with Dr. Lee/Sitzman to obtain information regarding the frequency and duration of these injections.  Therefore, the cost is included for informational purposes only. |
| Botox Bladder Injections | Incontinence | Undetermined | Undetermined | $1,500.00 | N/A | Dr. Walker indicated Botox bladder injections. The frequency and duration of these injections are unknown. Consultation is pending with Dr. Harris/Speights to obtain information regarding the frequency and duration of these injections.  Therefore, the cost is included for informational purposes only. |

### *LABORATORY/DIAGNOSTICS:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Lumbar CT Scan | Routine care | Life expectancy | 1/year | $927.00 - $3,405.00 | $927.00 - $3,405.00 | Per Dr. Lambert. |
| CBC | Routine care | Life expectancy | 1/year | $44.00 - $48.00 | $44.00 - $48.00 | Per Dr. Lambert. |
| Chem-7 | Routine care | Life expectancy | 1/year | $44.00 - $50.00 | $44.00 - $50.00 | Per Dr. Lambert. |
| Urinalysis | Routine care | Life expectancy | 2/year | $16.00 - $44.00 | $32.00 - $88.00 | Per Dr. Lambert. |
| Vitamin D Level | Routine care | Life expectancy | 1/year | $70.00 - $187.00 | $70.00 - $187.00 | Per Dr. Lambert. |

*One-time only or short-term cost

### *MEDICATION:*

Medications outlined below are based on Dr. Walker's current medication regimen and Dr. Lambert's recommendations, and may change in the future based on her changing needs.

| Medication | Dosage | Duration | Frequency | Cost/Unit | Cost/Year |
|---|---|---|---|---|---|
| Lisinopril | 20 mg | Life expectancy | 1/day | $0.43 - $0.97 per tablet | $156.95 - $354.05 |

Timothy Farris, Esq.
RE:  Debra Walker
Page 12 of 13

| Medication | Dosage | Duration | Frequency | Cost/Unit | Cost/Year |
|---|---|---|---|---|---|
| Norco | 10/325 mg | 3 years | 2/day | $11,015.70*<br><br>(based on $5.03 per tablet) | N/A |
| Gabapentin | 600 mg | Life expectancy | 1/night | $2.12 - $2.23 per tablet | $773.80 - $813.95 |
| Flexeril | 10 mg | Life expectancy | 1/week | $2.37 - $2.47 per tablet | $123.24 - $128.44 |
| Cymbalta | 60 mg | Life expectancy | 1/day | $7.43 - $9.80 per tablet | $2,711.95 - $3,577.00 |
| Keterolac | 10 mg | 6 months | 3/day | $218.40 - $1,326.78*<br><br>(based $0.40 - $2.43 per tablet) | N/A |

*EQUIPMENT AND SUPPLIES:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Lumbar Back Brace | Lumbar support | Life expectancy | 1/year | $140.00 - $154.00 | $140.00 - $154.00 | Per Ms. Stewart and Dr. Lambert. |
| Knee Brace | Knee support | Life expectancy | 1/year | $22.98 - $39.99 | $22.98 - $39.99 | Per Ms. Stewart. |
| Heating Pad | Pain management | Life expectancy | Every 3-5 years | $29.84 - $39.99 | $6.00 - $13.33 | Per Ms. Stewart and Dr. Lambert. |
| Ice Pack/Gel Pack | Pain management | Life expectancy | Annual | $12.99 - $15.99 | $12.99 - $15.99 | Per Ms. Walker and Dr. Lambert. |
| Biofreeze | Pain management | Life expectancy | 12/year | $9.68 - $11.99 per tube | $116.16 - $143.88 | Per Ms. Stewart and Dr. Lambert. |
| Wedge Pillow | Pain management | Life expectancy | 1/year | $39.99 - $55.99 | $39.99 - $55.99 | Per Ms. Walker. |
| TENS Unit | Pain management | Life expectancy | Every 5 years | $59.99 - $89.99 | $12.00 - $18.00 | Per Dr. Lambert. |
| TENS Unit Pads | TENS Unit supplies | Life expectancy | 1 pack/month | $1.75 - $8.78 | $21.00 - $105.36 | Per Dr. Lambert. |

*MISCELLANEOUS:*

| Service or Item | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|
| Housekeeper | Life expectancy | Every 2 weeks to 1/week | Initial visit: $240.00 - $260.00*<br><br>Follow-up visits: $80.00 - $104.00 per week | $2,080.00 - $5,408.00 | Per Ms. Stewart. |
| Yard Maintenance | Life expectancy | 42 visits/year | $65.00 per visit | $2,730.00 | Per Ms. Stewart. |
| Handyman | Life expectancy | 12 hours/year | $40.00 - $65.00 | $480.00 - $780.00 | Per Ms. Stewart. |

Timothy Farris, Esq.
RE:  Debra Walker
Page 13 of 13

| ***SUMMARY OF COSTS:*** | <u>Low</u> | <u>High</u> |
|---|---|---|
| One-Time Only/Short-Term Costs: | $14,830.10 | $22,242.48 |
| Annual Costs: | $24,961.98 | $54,830.98 |

There are several services/items noted in the charts above with undetermined frequencies and durations; therefore, costs for those services/items could not be calculated or included in the summary of costs section. Costs can be included once the need for these services are determined necessary and further defined.  There may also be additional recommendations that were not considered in this report, as consultation with Dr. Walker's other treatment providers, including Dr. Burns, Dr. Lee, Dr. Sitzman, and Dr. Speights/Harris are pending.  I will amend my report as necessary upon receipt of any additional information.

This cost analysis represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others.  This cost analysis is a dynamic document and can be amended at any time, based on Dr. Walker's changing needs and additional information.

Thank you for the opportunity to provide assistance in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

Lacy H. Sapp, MHS, LRC, LMFT, CRC, NCC, CLCP
Licensed Rehabilitation Counsellor #649
Licensed Professional Counsellor #2478
Licensed Marriage/Family Therapist #727
Certified Rehabilitation Counsellor # 00043667
National Certified Counsellor #67786
Certified Life Care Planner #0934

LHS:ft