## Stokes & Associates, Inc.
### Vocational Rehabilitation | Life Care Planning

Larry S. Stokes, PhD., LRC, LPC, CRC, CLCP, CCM, BCPC
Aaron M. Wolfson, PhD., LRC, CRC, CLCP

Lacy H. Sapp, MHS, LRC, LPC, LMFT, CRC, NCC, CLCP
Todd S. Capielano, M.Ed., LRC, CRC, LPC, CCM, CLCP

January 11, 2017

Tim Farris, Esq.
Law Offices of Timothy M. Farris, PLLC
6645 U.S. Hwy. 98, Suite 3
Hattiesburg, MS 39402

**VIA U.S. MAIL AND E-MAIL:** *tim@timfarrislaw.com*

                                             RE:      Debra Walker
                                  My File Number:      LSSA16340

Dear Mr. Farris:

On 11/03/16, I submitted an initial report regarding the above-captioned matter and on 12/21/16, I submitted an addendum report addressing my consultation with Dr. Speights and Dr. Harris. Since that time, I have obtained Dr. Sitzman's opinions regarding Dr. Walker's future care needs related to his area of practice. The following cost analysis is inclusive of recommendations to date.

### ANALYSIS OF RECORDS REVIEWED:

**Medical Opinions Reviewed:**

***Correspondence from B. Todd Sitzman, dated 12/27/16:***
In correspondence from Dr. Sitzman on 12/27/16, he indicated that Ms. Walker will require lifelong related necessary procedures and therapies. Dr. Sitzman outlined Ms. Walker's permanent limitations including an inability to lift, push or pull over 10 lbs.; sustaining any position longer than 10 minutes without adjusting; and ambulating more than 20 feet without stopping. Dr. Sitzman's recommendations are outlined in the cost analysis section below.

### MEDICAL COST ANALYSIS:

Life care planning involves consideration of recommendations from physicians and allied health professionals to determine an individual's current and future medical needs related to an event or occurrence. The medical recommendations considered in a Life Care Plan or medical costs analysis are those recommendations that are deemed a medical necessity with greater than 50% chance of being required. In order to accurately fund future care, the frequency and duration of recommended treatment needs to be determined.

Mr. Timothy Farris
RE: Debra Walker
Page **2** of **6**

The following are cost estimates associated with Dr. Walker's medical care needs and are specific to her treatment as it relates to the incident occurring on 07/24/14. The recommendations are based on a review of medical records, consultation with Dr. Sitzman, Dr. Lambert, Dr. Speights ad Dr. Harris, as well as Ms. Stewart and Ms. Conner, information gathered during our interview and research regarding the standards of care for this type of injury. This is a dynamic document and amendments can be made as necessary based on Dr. Walker's changing need or additional information.

*FUTURE MEDICAL CARE, ROUTINE:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Pain Management Specialist | Routine care | Life expectancy | 4-5/year | Initial visit: $244.00 - $400.00*<br><br>Follow-up visits: $128.00 - $400.00 | $512.00 - $2,000.00 | Per Dr. Lambert and Dr. Sitzman. |
| Primary Care Physician | Routine care | Life expectancy | 4/year | Initial visit: $72.00 - $180.00*<br><br>Follow-up visits: $60.00 - $80.00 | $240.00 - $320.00 | Per Dr. Lambert and Dr. Sitzman. |
| Spine Surgeon | Routine care | Life expectancy | 1-2/year | Initial visit: $250.00 - $300.00*<br><br>Follow-up visits: $68.00 - $150.00 | $68.00 - $300.00 | Per Dr. Sitzman. |

*One-time only or short-term cost

*PROJECTED EVALUATIONS:*

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Physical Therapy | Evaluate PT needs | Life expectancy | 1-2/year | $100.00 - $210.00 | $100.00 - $420.00 | Per Ms. Stewart.<br><br>Dr. Sitzman recommended physical therapy post-operatively, to be determined at the physical therapy evaluation. He also recommends annual routine PT through life expectancy. |

## PROJECTED THERAPUTIC MODALITIES:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Physical Therapy | To maintain physical functioning | Life expectancy | 8-36/year | $74.00 - $110.00 | $592.00 - $3,960.00 | Ms. Stewart recommended physical therapy 3 times per week for 4 to 12 weeks.<br><br>Dr. Sitzman recommended 8 visits per year as needed.<br><br>Dr. Lambert also believes that Dr. Walker would benefit from physical therapy. |
| Wellness Center | To maintain physical functioning | Life expectancy | Monthly | Initial fee: $40.00 - $60.00*<br><br>Monthly fee: $35.00 - $42.00 | $420.00 - $504.00 | Per Ms. Stewart, Dr. Lambert, and Dr. Sitzman. |
| Counseling/Psychotherapy | To improve coping skills | Life expectancy | 12 – 36 sessions | $3,000.00 - $9,000.00*<br><br>(based on $250.00 per session) | N/A | Ms. Conner recommends 12 to 36 sessions. Additional sessions may also be necessary. |
| Massage Therapy | Pain management | Life expectancy | 20/year | $40.00 - $110.00 per session | $800.00 - $2,200.00 | Per Dr. Sitzman. |

*One-time only or short-term cost

## SURGERIES/PROCEDURES:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Dorsal Spinal Cord Stimulator Replacement | Pain management | Life expectancy | Every 8 to 10 years | $145,559.00 - $147,555.00 | $14,555.90 - $18,444.38 | Per Dr. Sitzman. |
| Lumbar Radiofrequency Ablation | Pain management | Life expectancy | 1/year | $8,100.00 | $8,100.00 | Per Dr. Sitzman. |
| Lumbar Epidural Steroid Injection | Pain management | Life expectancy | 2-3/year | $2,100.00 | $4,200.00 - $6,300.00 | Per Dr. Sitzman. |

## LABORATORY/DIAGNOSTICS:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Lumbar CT Scan | Routine care | Life expectancy | 1/year | $927.00 - $3,405.00 | $927.00 - $3,405.00 | Per Dr. Lambert. |

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| CBC | Routine care | Life expectancy | 1/year | $44.00 - $48.00 | $44.00 - $48.00 | Per Dr. Lambert and Dr. Sitzman. Dr. Sitzman recommended one CBC pre-operatively for SCS replacement. |
| Chem-7 | Routine care | Life expectancy | 1/year | $44.00 - $50.00 | $44.00 - $50.00 | Per Dr. Lambert and Dr. Sitzman. |
| Urinalysis | Routine care | Life expectancy | 1-2/year | $16.00 - $44.00 | $16.00 - $88.00 | Per Dr. Lambert recommended 2 per year. Dr. Sitzman recommended 1 per year. He also recommended one UA pre-operatively for SCS replacement. |
| Vitamin D Level | Routine care | Life expectancy | 1/year | $70.00 - $187.00 | $70.00 - $187.00 | Per Dr. Lambert. |
| Lumbar X-Ray | Routine care | Life expectancy | 1-2/year | $50.00 - $293.00 | $50.00 - $586.00 | Per Dr. Sitzman. |
| Lumbar MRI | Routine care | Life expectancy | 1/year | $340.00 - $2,097.00 | $340.00 - $2,097.00 | Per Dr. Sitzman. |
| Lumbar CT Scan | Routine care | Life expectancy | 1/year | $927.00 - $3,405.00 | $927.00 - $3,405.00 | Per Dr. Sitzman. |
| BMP | Pre-operatively SCS | Life expectancy | Every 8 to 10 year | $44.00-$50.00 | $4.44-$6.25 | Per Dr. Sitzman. |
| Chest X-Ray | Pre-operatively SCS | Life expectancy | Every 8 to 10 year | $37.00-$109.00 | $3.70-$13.63 | Per Dr. Sitzman. |
| EKG | Pre-operatively SCS | Life expectancy | Every 8 to 10 year | $72.00-$75.00 | $7.20-$9.38 | Per Dr. Sitzman. |

*One-time only or short-term cost

### MEDICATION:

Medications outlined below are based on Dr. Walker's current medication regimen and Dr. Lambert's and Dr. Sitzman's recommendations, and may change in the future based on her changing needs.

| Medication | Dosage | Duration | Frequency | Cost/Unit | Cost/Year |
|---|---|---|---|---|---|
| Lisinopril | 20 mg | Life expectancy | 1/day | $0.43 - $0.97 per tablet | $156.95 - $354.05 |
| Norco | 10/325 mg | Life expectancy | 2/day | $5.03 per tablet | $3,671.90 |
| Gabapentin | 600 mg | Life expectancy | 1/day | $2.12 - $2.23 per tablet | $773.80 - $813.95 |
| Flexeril | 10 mg | Life expectancy | 1/week | $2.37 - $2.47 per tablet | $123.24 - $128.44 |
| Cymbalta | 60 mg | Life expectancy | 1/day | $7.43 - $9.80 per tablet | $2,711.95 - $3,577.00 |

| Medication | Dosage | Duration | Frequency | Cost/Unit | Cost/Year |
|---|---|---|---|---|---|
| Keterolac | 10 mg | 6 months | 3/day | $218.40 - $1,326.78* (based $0.40 - $2.43 per tablet) | N/A |

*One-time only or short-term cost

## EQUIPMENT AND SUPPLIES:

| Service or Item | Purpose | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|---|
| Lumbar Back Brace | Lumbar support | Life expectancy | 1/year | $140.00 - $154.00 | $140.00 - $154.00 | Per Ms. Stewart, Dr. Lambert, and Dr. Sitzman. |
| Knee Brace | Knee support | Life expectancy | 1/year | $22.98 - $39.99 | $22.98 - $39.99 | Per Ms. Stewart. |
| Heating Pad | Pain management | Life expectancy | Every 3-5 years | $29.84 - $39.99 | $6.00 - $13.33 | Per Ms. Stewart and Dr. Lambert. |
| Ice Pack/Gel Pack | Pain management | Life expectancy | Annual | $12.99 - $15.99 | $12.99 - $15.99 | Per Ms. Walker, Dr. Lambert, and Dr. Sitzman. |
| Biofreeze | Pain management | Life expectancy | 12/year | $9.68 - $11.99 per tube | $116.16 - $143.88 | Per Ms. Stewart, Dr. Lambert, and Dr. Sitzman. |
| Wedge Pillow | Pain management | Life expectancy | 1/year | $39.99 - $55.99 | $39.99 - $55.99 | Per Ms. Walker. |
| TENS Unit | Pain management | Life expectancy | Every 5 years | $59.99 - $89.99 | $12.00 - $18.00 | Per Dr. Lambert and Dr. Sitzman. |
| TENS Unit Pads | TENS Unit supplies | Life expectancy | 1 pack/month | $1.75 - $8.78 | $21.00 - $105.36 | Per Dr. Lambert and Dr. Sitzman. |

## MISCELLANEOUS:

| Service or Item | Duration | Frequency | Cost/Unit | Cost/Year | Comments |
|---|---|---|---|---|---|
| Housekeeper | Life expectancy | Every 2 weeks to 1/week | Initial visit: $240.00 - $260.00* Follow-up visits: $80.00 - $104.00 per week | $2,080.00 - $5,408.00 | Per Ms. Stewart and Dr. Sitzman. |
| Yard Maintenance | Life expectancy | 42 visits/year | $65.00 per visit | $2,730.00 | Per Ms. Stewart and Dr. Sitzman. |
| Handyman | Life expectancy | 12 hours/year | $40.00 - $65.00 | $480.00 - $780.00 | Per Ms. Stewart and Dr. Sitzman. |

*One-time only or short-term cost

## SUMMARY OF COSTS:

|  | **Low** | **High** |
|---|---|---|
| One-Time Only/Short-Term Costs: | $4,042.80 | $12,593.56 |
| Annual Costs: | $45,120.20 | $70,453.52 |

### LIFE CARE PLAN TOTAL COSTS:

According to the National Vital Statistics Reports, the expectation of remaining life at age 60 for females as it pertains to Dr. Walker is 24.6 years. This life expectancy has been used to demonstrate the total future medical costs noted below. The total costs are based on current costs for services/items. These cost have not been adjusted to include rate of inflation or discounted value.

| Total costs: | $1,113,999.70 | $1,745,750.00 |
|---|---|---|

This cost analysis represents requirements as I understand them, as determined through research with suppliers, vendors, care providers, and others. This cost analysis is a dynamic document and can be amended at any time, based on Dr. Walker's changing needs and additional information.

Thank you for the opportunity to provide assistance in this matter, and should you require any additional information or assistance, please do not hesitate to contact me.

Sincerely,

*[signature]*

Lacy H. Sapp, MHS, LRC, LMFT, CRC, NCC, CLCP
Licensed Rehabilitation Counsellor #649
Licensed Professional Counsellor #2478
Licensed Marriage/Family Therapist #727
Certified Rehabilitation Counsellor # 00043667
National Certified Counsellor #67786
Certified Life Care Planner #0934

LHS:ft