# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DR. DEBRA L. WALKER and PRENTISS WALKER, her husband,**                    **PLAINTIFFS**

**VS.**                    **CAUSE NO.: 2:16cv42-KS-MTP**

**TARGET CORPORATION, d/b/a TARGET**                    **DEFENDANT**

---

## ORDER GRANTING MOTION FOR PERMISSION
## TO FILE SPECIFIED EXHIBIT UNDER SEAL

---

Before the Court is the Motion of Defendant, Target Corporation, d/b/a Target, for an Order sealing/restricting access to "Exhibit D" to Defendant's Reply Brief in support of its Motion to Exclude Certain Opinions of Plaintiffs' Proposed Medical Expert Witnesses [Doc. 122]. The Court, having considered the Motion, being fully advised of the premises therein, and hearing no objection from Plaintiffs, finds that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED, that the confidentiality of "Exhibit D" to Defendant's Reply Brief in support of its Motion to Exclude Certain Opinions of Plaintiffs' Proposed Medical Expert Witnesses, requires that "Exhibit D" be kept under seal.

SO ORDERED, this the ____14th____ day of __June___, 2017.


__s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ John S. Graham
Monte L. Barton Jr. (MSB #2095)
John S. Graham (MSB #100364)
JERNIGAN COPELAND & ANDERSON, PLLC
587 Highland Colony Parkway
Post Office Box 2598
Ridgeland, Mississippi 39158-2598
Telephone:  (601) 427-0048
Facsimile:  (601) 427-0051
Email:  mlbarton@jcalawfirm.com
        jgraham@jcalawfirm.com